# EXHIBIT B

DocuSign Envelope ID: AEE7E9C1-C0A4-4CFE-A8B9-7504ECCC1F26

# Exhibit A
# Equipment List and Specifications

Assets:

1) Dehumidifying Air Handlers (20 units)
- Listed Price $83,000.00 per unit
- Sales Tax $5,827.71 per unit
- Sale Price $66,400.00 per unit with Sales Tax $4,662.17 per unit
- Total Sale Price for 20 units $1,421,243.40
- Location Warehouse at 235 Bodwell Street, Avon, MA 02322
- Serial Numbers SEASONS-4 PROJECT #D884 & D885

Specifications: See attached specifications, which are incorporated into this Exhibit A in their entirety by this reference.

2) Trane Chillers (2 units)
- Listed Price $429,360.00 per unit
- Sales Tax $12,100.00 per unit
- Sale Price $343,488.00 per unit with Sales Tax $9,680.00 per unit
- Total Sale Price for 2 units $706,336.00
- Location Warehouse 235 Bodwell Street, Avon, MA 02322
- Serial Numbers U21H02665 & U21H02666

Specifications: See attached specifications, which are incorporated into this Exhibit A in their entirety by this reference.