# EXHIBIT C

| | | INVOICE |
|---|---|---|
| **BMH Mechanical** | | INV0381 |
| Brandon Huberty | | DATE |
| **Business Number** 781-552-0542 | | Oct 2, 2023 |
| 225D Fallon Rd #393 | | |
| Stoneham MA | | DUE |
| 02180 | | On Receipt |
| Bmhmechanical@gmail.com | | |
| | | BALANCE DUE |
| | | USD $2,285.00 |

**BILL TO**

**Jack Keverian**

Jack
25 Bancroft
Watertown MA
Jkeveria@gmail.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **HVAC Inspection** Presale Inspection of 22 AHU's and two Trane Air cooled chillers. Coordinated access with Glancy rigging.  Inspected AHU's and found that they have been wrapped with what appears to be marine shrink wrap. Spot checked multiple and upon inspection, found that the rigging eyes on the exterior show some rust Indicating that units have sat outdoors for some time.   Inspected interior and first section I opened had puddles inside with some sort of algae growth.   There is visible condensation in unit.  There are also insects present.  It looks as though the units have sat for some time and possibility through a winter.  The New England weather changes with cool nights and hot days have created condensation and there are visible signs of moisture damage.  Hardware in the airstream has been rusted over.  3 of the units look like they were struck during shipping which given the size of the units,  not surprised if a few hit trees during transport.   All electrical components Check out ok and look good.  The overall integrity of the units look good but reccomend a full sanitization and clean,  replace rusted hardware in air stream, and store indoors in climate controlled storage until being brought in for installation.  If units are going to be located In clean rooms,  recommend removing rigging bolts/eyes where they are steel and rusted over,  they are not aluminum or stainless.  The two Trane chillers look good.  The piping has been sealed and integrity of machines look good. | $2,285.00 | 1 | $2,285.00 |

## Payment Info

Scan this code to pay online



| | |
|---|---|
| TOTAL | $2,285.00 |
| BALANCE DUE | USD $2,285.00 |