# EXHIBIT D

# BMH Mechanical

Brandon Huberty
**Business Number** 781-552-0542
225D Fallon Rd #393
Stoneham MA
02180
Bmhmechanical@gmail.com

INVOICE
INV0407

DATE
Dec 5, 2023

DUE
On Receipt

BALANCE DUE
USD $808.71

BILL TO

## Jack Keverian

Jack
25 Bancroft
Watertown MA
Jkeveria@gmail.com

| DESCRIPTION | RATE | QTY | AMOUNT |
| --- | --- | --- | --- |
| **HVAC Inspection**<br>Returned to Glancy's warehouse for a final inspection.   The units were moved and allowed me to gain full access to all areas of the units that were inaccessible before.  I found that the units were cleaned thoroughly and most of the spot rust had been removed/treated with galvanized paint.   Now that the units were completely accessible,  I was able to access both blowers and electrical sections on all units.   I have some concerns with the integrity of the fan motors.  It appears that more than 1/2 of the motors bearings are audibly loud and stiff.   This is most likely the cause of condensation forming in the motors sealed bearings and rusting.   Also,  there are some transformers that have an excessive amount of rust.   I took some videos of them compared to one of the new units.   My suggestion is replacement of both fan motors in the 11 units and at least 1/2 of the transformers on the units that were stored outside.  My concern is that all the motors are compromised on the 11 outdoor units.  Attached is some pictures of transformers and I will forward videos of motors turning. | $808.71 | 1 | $808.71 |

## Payment Info

Scan this code to pay online



| | |
|---|---:|
| TOTAL | $808.71 |
| BALANCE DUE | USD $808.71 |





