# EXHIBIT F

Ryan Holz, Partner
227 W. Monroe Street, Suite 3950
Chicago, Illinois 60606
Phone: 312.474.6000
Direct Phone: 847.463.0663
Email: ryan.holz@gmlaw.com

December 26, 2023

**VIA E-MAIL:** Chad@battle-green.com

Chad Wise
Chad@battle-green.com

Re:   Chapter 93A Notice

Dear Mr. Wise:

As set forth in my contemporaneous notice of termination, MJA Holdings LLC ("MJA") is exercising its right to terminate the Equipment Purchase and Sale Agreement (the "Agreement") dated August 18, 2023 between MJA and Battle Green Equipment LLC ("Battle Green"). Capitalized terms used but not defined herein have the meanings given to such terms in the Agreement.

This is an additional notice that under Massachusetts General Laws, Chapter 93A, Section 11 ("Chapter 93A"), Battle Green has engaged in unfair and deceptive acts by, *inter alia*, representing that there are warranties available for purchase from the manufacturer when there are not, storing the equipment outside such that it degraded and became Non-Conforming Equipment, and failing to properly repair the Non-Conforming Equipment. To the extent Battle Green does not return the Deposit and Additional Deposit within ten (10) business days of the notice of termination, that would amount to an additional unfair and deceptive act.

As a result of Battle Green's unfair and deceptive acts, MJA has been injured in that it incurred unnecessary costs, expenses, and legal fees. Because of Battle Green's unfair and deceptive conduct, Battle Green is liable for MJA's injuries, entitling it to actual damages and attorneys' fees under Chapter 93A. Moreover, because Battle Green's conduct was willful and knowing, double or treble damages may be assessed under Chapter 93A.

As mentioned in the notice of termination, MJA has no desire to escalate this dispute, and if Battle Green returns the Deposit and Additional Deposit within ten (10) business days, MJA will agree not to pursue its Chapter 93A claim. That said, MJA believes strongly that it has been misled by Battle Green's unfair and deceptive conduct and is prepared to bring a Chapter 93A if that proves necessary.

Thank you for your attention to this matter. We look forward to your timely response.

Sincerely,

*Ryan M. Holz*
Ryan M. Holz

cc:   Kenneth Sherman (ksherman@princelobel.com)
      Max Riffin (mriffin@princelobel.com)
      Adam Koscielski (adam.koscielski@gmlaw.com)