# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**MJA HOLDINGS LLC**
*Plaintiff*

v.

**BATTLE GREEN EQUIPMENT LLC**
*Defendant*

Civil Action No.:
**1:24-CV-10181-WGY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BATTLE GREEN EQUIPMENT LLC
c/o
C T CORPORATION SYSTEM
155 FEDERAL ST., SUITE 700
BOSTON, MA 02110 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maksim Nemtsev PC
20 Park Plaza, Suite 1000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ - Caetlin McManus
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2024-01-24 14:44:41**, Clerk USDC DMA

Civil Action No.: **1:24−CV−10181−WGY**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) **01-24-2024**

☒ I personally served the summons on the individual at (place) **TASHA MANN @ CT INC 155 FEDERAL ST - SUITE 700 BOSTON, MA** on (date) **01-25-2024** ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

**01-25-2024**
Date

*Server's Signature* (signed)

**JOHN N. CINOTTI**
*Printed name and title*
**PRIVATE INVESTIGATOR**

**P.O. BOX 1305**
**FRAMINGHAM, MA 01701**
*Server's Address*

Additional information regarding attempted service, etc:



Wolters Kluwer

*Tasha Mann*

Intake Specialist
CT Corporation
sopinquiries@wolterskluwer.com

www.wolterskluwer.com

155 Federal Street
Suite 700
Boston, MA 02110