UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MJA HOLDINGS LLC, | )<br>)<br>) C.A. Docket No. 24-cv-10181 |
| Plaintiff, | ) |
| v. | ) |
| BATTLE GREEN EQUIPMENT LLC, | ) |
| Defendant. | ) |

## AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION

**RYAN C. ALTIERI**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing plaintiff MJA Holdings LLC.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a *pro hac vice* admission (or any other admission) to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

*Ryan C. Altieri*

**DATED:** February 8, 2024

**RYAN C. ALTIERI**

13341149_1