UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MJA HOLDINGS LLC, | ) | |
| | ) | C.A. Docket No. 24-cv-10181 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BATTLE GREEN EQUIPMENT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR DISMISSAL UNDER FED. R. CIV. P. 41(a)(2) WITH
RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

Plaintiff MJA Holdings LLC ("MJA") and Defendant Battle Green Equipment LLC

("BGE") (together, the "Parties"), by and through undersigned counsel, jointly move the Court to

enter the proposed Order attached hereto as Exhibit A.

In support, the Parties state:

1. The Parties have executed a written Settlement Agreement and Mutual Releases dated

   September 17, 2025 (the "Settlement Agreement"), which resolves all claims and

   counterclaims in this action.

2. The Settlement Agreement provides for installment payments through September 15,

   2026, together with remedies upon default.

3. To ensure enforceability consistent with *Kokkonen v. Guardian Life Ins. Co. of America*,

   511 U.S. 375 (1994), the Parties jointly request that the Court (i) dismiss the action with

   prejudice under Fed. R. Civ. P. 41(a)(2); (ii) incorporate the Settlement Agreement by

   reference into the dismissal order; and (iii) expressly retain jurisdiction to enforce the

   Settlement Agreement and to enter judgment upon a default as described in the proposed

1

Order.

4. The parties request that a true and correct copy of the Settlement Agreement is permitted to be filed under seal and incorporated herein as Exhibit B.

**WHEREFORE**, the Parties respectfully request that the Court enter the proposed Order attached as **Exhibit A**.


Dated: September 24, 2025

PRINCE LOBEL TYE, LLP

By:  /s/ Kenneth A. Sherman
      Kenneth A. Sherman, Esq.
      Lauren M. Koslowsky, Esq.
      Attorneys for Defendant
      One International Place, Ste. 3700
      Boston, Massachusetts 02110
      P: 617) 456-8000
      ksherman@princelobel.com
      lkoslowski@princelobel.com

Respectfully submitted,

MAKSIM NEMTSEV P.C.

By:  /s/ Maksim Nemtsev
      Maksim Nemtsev, Esq.
      Attorneys for Plaintiff
      20 Park Plaza, Suite 1000
      Boston, Massachusetts 02116
      P: (617) 227-3700
      max@mnpc.law


      HARTER SECREST & EMERY LLP
      ADMITTED PRO HAC VICE

      Sheldon K. Smith, Esq.
      Ryan C. Altieri, Esq.
      Attorneys for Plaintiff
      50 Fountain Plaza, Suite 1000
      Buffalo, New York 14202
      P: (716) 853-1616
      ssmith@hselaw.com
      raltieri@hselaw.com

2