UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MJA HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. Docket No. 24-cv-10181 |
| | ) | |
| v. | ) | |
| | ) | |
| BATTLE GREEN EQUIPMENT LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT (EXHIBIT B TO JOINT MOTION TO DISMISS) UNDER SEAL**

Plaintiff MJA Holdings LLC ("MJA") and Defendant Battle Green Equipment LLC ("BGE") (together, the "Parties"), by and through undersigned counsel, respectfully move, to file under seal the Parties' Settlement Agreement and Mutual Releases dated September 17, 2025 (the "Settlement Agreement"), to be submitted as Exhibit B to their Joint Motion for Dismissal under Fed. R. Civ. P. 41(a)(2) with Retention of Jurisdiction to Enforce Settlement (the "Rule 41(a)(2) Motion"). In support, the Parties state that the Settlement Agreement sets out non-public consideration, payment structure, and remedies that, if publicized, could competitively disadvantage the Parties.

For the foregoing reasons, the Parties respectfully request leave to file Exhibit B under seal.

1

Dated: September 24, 2025

PRINCE LOBEL TYE, LLP

By: /s/ Kenneth A. Sherman
    Kenneth A. Sherman, Esq.
    Lauren M. Koslowsky, Esq.
    Attorneys for Defendant
    One International Place, Ste. 3700
    Boston, Massachusetts 02110
    P: 617) 456-8000
    ksherman@princelobel.com
    lkoslowski@princelobel.com

Respectfully submitted,

MAKSIM NEMTSEV P.C.

By: /s/ Maksim Nemtsev
    Maksim Nemtsev, Esq.
    Attorneys for Plaintiff
    20 Park Plaza, Suite 1000
    Boston, Massachusetts 02116
    P: (617) 227-3700
    max@mnpc.law

HARTER SECREST & EMERY LLP
ADMITTED PRO HAC VICE

Sheldon K. Smith, Esq.
Ryan C. Altieri, Esq.
Attorneys for Plaintiff
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202
P: (716) 853-1616
ssmith@hselaw.com
raltieri@hselaw.com

2